UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JACQUELINE ROSA, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-30156-KPN |
| | ) | |
| DELTA MANAGEMENT ASSOCIATES, INC., | ) ) | |
|     Defendant | ) | |

SETTLEMENT ORDER OF DISMISSAL
June 5, 2008

The court, having been advised on June 5, 2008 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk